# MAXIM MAXIMOV, LLP

__ATTORNEYS AT LAW__

1701 AVENUE P
BROOKLYN • NEW YORK • 11229

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

April 24, 2015

**VIA ECF**
Honorable Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:   Index No. 1:14-cv-05584-RRM-RML
                  **Stern v. Credit Control, LLC**

Dear Honorable Magistrate Judge Levy:

     I represent the plaintiff in the above referenced matter. During the initial conference on March 2, 2015, as Your Honor was not available, the clerk advised the parties to submit a request if additional time is needed for discovery. I am writing to request that the first set of discovery requests in this case be mailed by May 22, 2015 and for fact discovery to be completed by July 22, 2015.

     The parties are continuing settlement negotiations. Thank you for Your Honor's time and attention to this matter.

                                                  Very truly yours,

                                               /s/ Maxim Maximov

                                             Maxim Maximov, Esq.